**2008–1367. State ex rel. Shepherd v. Mansfield Mun. Court.**

In Mandamus. On motions to dismiss and third party motion to strike and for sanctions. Motions to dismiss granted. Motion to strike and for sanctions denied. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1370. Jones v. Child Support Enforcement Agency.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1372. Baldwin v. Case W. Res. Univ. School of Law.**

In Mandamus. On motions to dismiss. Motions to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1384. State ex rel. McIntyre v. Ravenna.**

In Mandamus. On complaint in mandamus of David P. McIntyre Jr., respondent's motion for an order establishing a briefing schedule, and relator's motion to strike respondent's motion for an order establishing a briefing schedule.

On S.Ct.Prac.R. X(5) determination, cause dismissed. The motions are denied as moot.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1399. State ex rel. Proctor v. Wise.**

In Mandamus. On respondents' motions to dismiss and to strike relator's motion for judgment on the pleadings and relator's motion for judgment on the pleadings. Motion to dismiss granted. Motion for judgment on the pleadings denied. Motion to strike the motion for judgment on the pleadings denied as moot. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1485. State ex rel. Oko v. McDonnell.**

In Mandamus. On respondents' motions to dismiss and relator's motion for leave to amend complaint. Motions to dismiss granted. Motion for leave to amend complaint denied as moot. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1487. State ex rel. Waybright v. Walker.**

In Mandamus. On respondent's motion to dismiss and relator's motion to amend complaint. Motion to dismiss granted. Motion to amend complaint denied as moot. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1524. Miller v. Smith.**

In Habeas Corpus. On petition for writ of habeas corpus of Douglas Miller. Sua sponte, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1532. McQueen v. Smith.**

In Habeas Corpus. On petition for writ of habeas corpus of Jesse McQueen. Sua sponte, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1596. Stevenson v. Smith.**

In Habeas Corpus. On petition for writ of habeas corpus of Arlan Stevenson. Sua sponte, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.